**IT IS ORDERED as set forth below:**



Date: November 2, 2017

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CASE NO. 17 - 54821 - WLH |
| | : | |
| FELIZA WILLIAMS, | : | |
| | : | CHAPTER 7 |
| | : | |
| DEBTOR, | : | |

## ORDER DISMISSING CASE

The above-referenced chapter 7 case came before the Court on November 2, 2017, for a hearing on the United States Trustee's Motion to Dismiss Case Pursuant to Section 707(a) (the "Motion") [Docket No. 28].  The record reflects the United States Trustee filed and served the Motion on October 19, 2017.  The United States Trustee contends in the Motion that cause exists for dismissal of the case pursuant to 11 U.S.C. § 707(a) due to debtor's failure to comply with her duties as stated in 11 U.S.C. § 521.

Despite repeated opportunities to do so, the debtor has failed to produce to the chapter 7 trustee or to the United States Trustee proof of identification. Accordingly, the United States Trustee contends that cause exists for dismissal of the case due to the fact that the debtor has taken advantage of the benefits of filing a bankruptcy petition, without performing the elemental duties required of debtors.

At the call of the calendar, David S. Weidenbaum appeared on behalf of the United States Trustee. Germani G. Hunt, counsel for debtor, appeared at the hearing and announced that there was no basis to oppose the relief requested by the United States Trustee. The debtor did not appear at the hearing. The Court, having reviewed the record in the case, finds sufficient cause to grant the unopposed Motion and dismiss the case. Accordingly, it is

**ORDERED** that this case is **DISMISSED.**

END OF DOCUMENT

Prepared and submitted by:

GUY G. GEBHARDT
Acting United States Trustee
Region 21
      /s/
DAVID S. WEIDENBAUM
Trial Attorney
Georgia Bar No. 745892
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
Tel: (404) 331-4437
E-mail: david.s.weidenbaum@usdoj.gov

DISTRIBUTION LIST:

Feliza Williams
1791 Crestridge Circle
Conyers, GA 30012

Germani G. Hunt
The Semrad Law Firm, LLC
303 Peachtree Center North
Suite 201
Atlanta, GA 30346

Janet G. Watts
Chapter 7 Trustee
P.O. Box 430
Jonesboro, GA 30237

David S. Weidenbaum
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303